**No. 09-936. Rodrequis Armani Council, Petitioner v. United States.**

559 U.S. 1008, 130 S. Ct. 1914, 176 L. Ed. 2d 368, 2010 U.S. LEXIS 2686.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 333 Fed. Appx. 726.

**No. 09-941. David H. Disraeli, Petitioner v. Securities and Exchange Commission.**

559 U.S. 1008, 130 S. Ct. 1914, 176 L. Ed. 2d 368, 2010 U.S. LEXIS 2680.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 334 Fed. Appx. 334.

**No. 09-954. Isidoro Rodriguez, Petitioner v. Virginia Employment Commission.**

559 U.S. 1008, 130 S. Ct. 1915, 176 L. Ed. 2d 368, 2010 U.S. LEXIS 2608.

March 22, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 09-967. US Infrastructure, Inc., et al., Petitioners v. United States.**

559 U.S. 1009, 130 S. Ct. 1918, 176 L. Ed. 2d 368, 2010 U.S. LEXIS 2738.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 576 F.3d 1195.

**No. 09-6682. Richard Allen Hill, Petitioner v. United States.**

559 U.S. 1009, 130 S. Ct. 1878, 176 L. Ed. 2d 368, 2010 U.S. LEXIS 2626.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 317 Fed. Appx. 910.

**No. 09-6823. Brian Thomas, Petitioner v. Jeffrey A. Beard, Secretary, Pennsylvania Department of Corrections, et al.**

559 U.S. 1009, 130 S. Ct. 1879, 176 L. Ed. 2d 368, 2010 U.S. LEXIS 2579.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 570 F.3d 105.